

FILED

05/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0239

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0239

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS FRENCH,

Defendant and Appellant.

FILED

MAY 05 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Thomas French has filed a request for an out-of-time appeal stating that he requested his counsel to file an appeal on his behalf and that his attorney failed to do so. French adds, that upon further research, he has found that "the Alford plea taken in this case has an express statutory prohibition . . . , so the plea must be withdrawn." French does not state what the offense was.

French has not provided a verified petition or any supporting documentation. M. R. App. P. 4(6) provides that this Court may grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amount to a gross miscarriage of justice[.]" M. R. App. P. 4(6) also states that: "An out-of-time appeal must be requested by verified petition supported by affidavits, records, and other evidence establishing the existence of the extraordinary circumstances claimed." French has not done so. He has not included a copy of any criminal judgment or any further information to assist this Court in considering his petition for out-of-time appeal. Denial of his petition will not impose a gross miscarriage of justice.

French may be able to file a motion to withdraw his guilty plea in the sentencing court. Therefore,

IT IS ORDERED that French's Petition for an Out-of-Time Appeal is DENIED.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Thomas French personally.

DATED this 5th day of May, 2020.

_____

_____

_____

_____

_____
Justices

2